# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

Case No. 3:23-CV-00397-MMH-LLL

| |
|---|
| HANNAH PAGE, individually and on behalf of all others similarly situated, |
| Plaintiffs, |
| v. |
| WYZE LABS, INC. |
| Defendants. |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Hannah Page hereby gives notice under Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal without prejudice of the above-captioned action.

Dated: May 12, 2023

/s/ Arun G. Ravindran
Arun G. Ravindran

**HEDIN HALL LLP**
Arun G. Ravindran (FBN 66247)
aravindran@hedinhall.com
1395 Brickell Ave, Suite 900
Miami, Florida 33131
Tel: (305) 203-4573
Fax: (305) 200-8801

*Counsel for Plaintiff and the Putative Classes*